1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  NOOR AYESHA NH,                          CASE NO. C22-1335JLR

11                    Plaintiff,             SHOW CAUSE ORDER

          v.
12

13  AHMED HUSSAIN NH, et al.,

14                    Defendants.

15      Before the court is *pro se* Plaintiff Noor Ayesha Nh's proposed complaint.  (Prop.

16  Compl. (Dkt. # 1).)  On September 21, 2022, the court notified Ms. Nh that her proposed

17  complaint was deficient and instructed her to either pay the $402.00 filing fee or submit

18  an application to proceed *in forma pauperis* ("IFP") to the court by October 21, 2022.

19  //

20  //

21  //

22  //

SHOW CAUSE ORDER - 1

1    (*See* Notice (Dkt. # 3) (directing Ms. Nh to also file a civil cover sheet).)  To date, Ms.

2    Nh has neither filed an IFP application nor paid the $402 filing fee.[1]  (*See generally* Dkt.)

3          Accordingly, Ms. Nh is ORDERED to show cause why her case should not be

4    dismissed.  Ms. Nh must respond to this show cause order by November 11, 2022.

5    Alternatively, Ms. Nh may, before November 11, 2022, either pay the $402 filing fee or

6    submit an IFP application.  Failure to timely respond will result in dismissal of this action

7    without prejudice.

8          Dated this 21st day of October, 2022.

9

10

11                                              JAMES L. ROBART
                                               United States District Judge

12

13

14

15

16

17

18

19

20

21          [1] Because Ms. Nh has not yet cured the above-mentioned deficiencies, the court has not
     filed her proposed complaint and this action has not yet commenced.  (*See generally* Dkt.; Prop.
22   Compl.)


SHOW CAUSE ORDER - 2